

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

NOS. 2-09-004-CR
2-09-005-CR
2-09-006-CR

ELIZABETH A. ROHR                                                          APPELLANT

V.

THE STATE OF TEXAS                                                              STATE

------------

FROM THE 211TH DISTRICT COURT OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1]

------------

On January 5, 2009, appellant Elizabeth A. Rohr filed three pro se notices of appeal. On January 7, 2009, we sent a letter to appellant stating our concern that we are without jurisdiction because the trial court has not entered any appealable orders, and we informed appellant that unless she or any party

---

[1] *See* Tex. R. App. P. 47.4.

filed a response showing grounds for continuing the appeals on or before January 19, 2009, the appeals could be dismissed for want of jurisdiction. Appellant has filed no response.

Because we generally have jurisdiction to consider an appeal in a criminal case only when there has been a judgment of conviction, and appellant has shown us no grounds for continuing the appeals, we dismiss these appeals for want of jurisdiction.[2]

PER CURIAM

PANEL:  CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  March 26, 2009

---

[2] *See McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.).